**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Girtha M. Terry, et al., ) | No. CV 06-3074-PHX-FJM |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| U.S. Department of Housing and Urban ) Development, et al., ) | |
| Defendants. ) | |

The court has before it defendants United States Department of Housing and Urban Development and HUD Office of Public and Indian Fair Housing Enforcement Center's ("HUD defendants") motion to dismiss (doc. 11). Defendants move to dismiss for lack of subject matter jurisdiction and failure to state a claim. See Motion to Dismiss at 1. Plaintiffs failed to respond, and the time for filing a response has passed. We deem plaintiffs' failure to respond a consent to the granting of defendants' motion, and dismiss plaintiffs' complaint as to these defendants pursuant to LRCiv 7.2(i).

**THEREFORE, IT IS ORDERED GRANTING** defendants United States Department of Housing and Urban Development and HUD Office of Public and Indian Fair Housing Enforcement Center's motion to dismiss (doc. 11).

DATED this 29th day of June, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge